# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. VIRGIL ALLEN WOLFE, Defendant. | CR 19-2-H-CCL<br><br>PRELIMINARY ORDER OF FORFEITURE |
|---|---|

FILED 6/4/2019
Clerk, U.S. District Court
District of Montana
Helena Division

The United States moves for a Preliminary Order of Forfeiture. Defendant Virgil Allen Wolfe (Wolfe) does not oppose the government motion. When Wolfe appeared before the Court on May 17, 2019 and entered a plea of guilty to Count I of the Indictment, he also admitted the forfeiture allegation. Wolfe's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 2253. Accordingly,

IT IS HEREBY ORDERED that the United States' unopposed motion (Doc. 19) is GRANTED and Wolfe's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253:

- AN ACER computer tower (S/N: DTSV8AA0024270371C3000);
- Computer hard drive WD10EZEX 1TB SATA (S/N: WCC3FHE6L4V7);
- A Fuji Film Fine Pix model HS 30 EXR digital camera (S/N: 2CA12346); and
- A Transend SD/HC 8GB memory card (S/N: A2955 4605).

The United States Marshals Service and the Department of Homeland Security Investigations are directed to seize the property subject to forfeiture and further to make a return as provided by law;

The United States is directed to provide written notice to all third parties asserting a legal interest in any of the above-described property and shall post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 2253, and to make its return to this Court that such action has been completed.

Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 4th day of June, 2019.

CHARLES C. LOVELL
Senior United States District Court Judge