FILED

8/21/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 19-2-H-CCL |
| --- | --- |
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| VIRGIL ALLEN WOLFE, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. A Preliminary Order of Forfeiture was entered on June 4, 2019;

3. All known interested parties were provided an opportunity to respond and that publication has been affected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1); and

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253.

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253, free from the claims of any other party:

- AN ACER computer tower (S/N: DTSV8AA0024270371C3000);

- Computer hard drive WD10EZEX 1TB SATA (S/N: WCC3FHE6L4V7);

- A Fuji Film Fine Pix model HS 30 EXR digital camera (S/N: 2CA12346); and

- A Transend SD/HC 8GB memory card (S/N: A2955 4605).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

Dated this 21st day of August, 2019.

CHARLES C. LOVELL
Senior United States District Judge